## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:16CR00042-1 KGB

DONNELL LAKEITH REED

## ORDER

For the reasons stated at the conclusion of the July 6, 2016 Revocation Hearing, the Government's Motion to Revoke Bond (*doc. 11*) is DENIED.

Defendant's Conditions of Release are MODIFIED to require him to participate in thirty days of inpatient drug treatment at Recovery Centers of Arkansas, to be followed with ninety days of chem-free living.

Upon completion of chem-free living, Defendant must obtain employment and continue with outpatient drug treatment as directed by his PTSO.

IT IS SO ORDERED this 6th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE